No. 25-3455
_____

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
_____

JANE DOE

Plaintiff – Appellant

vs.

WESTERN BEST, INC., a Nevada Limited Liability Company,
doing business as THE CHICKEN RANCH; and WESTERN BEST, LLC, et al.,

Defendants – Appellees

and

Governor of Nevada JOSEPH LOMBARDO, Dismissed per ECF 158 Order, et al.,

Defendants.
_____

**JOINT STATEMENT OF RELATED CASES
PURSUANT TO CIRCUIT RULE 28-2.6**
_____

DEANNA L. FORBUSH
REX D. GARNER
**FOX ROTHSCHLD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899

Attorney for Defendants – Appellees
Western Best, Inc., d/b/a The Chicken Ranch and Western Best LLC

[Additional Counsel Listed on Signature Page]

## JOINT STATEMENT OF RELATED CASES
## PURSUANT TO CIRCUIT RULE 28-2.6

Defendants – Appellees Western Best, LLC, Western Best, Inc. ("Western Best"), Desert Rose Club, LLC ("Desert Rose"), Hacienda Rooming House, Inc. ("Hacienda"), Mustang Ranch Productions, LLC ("Mustang") and Leonard Lance Gilman ("Gilman"), in his individual capacity (together, the "Parties"), by and through their counsel of record, hereby state the following:

The Parties are aware of one or more related cases currently pending in this court. The case number and name of each related case and its relationship to this case are listed below:

25-2029 - *Doe v. Lombardo, et al.*

This case is related because they are both appeals from the US District Court Case *Doe v. Lombardo* (3:34-cv-00065).

25-731 - *Angela Williams, et al. v. Las Vegas Bistro, LLC, et al.*

This case is an almost identical case, with identical issues, also brought by Jason D, Guinasso and the National Center on Sexual Exploitation against the Governor of the State of Nevada, several political subdivisions, Western Best, LLC, The Chicken Ranch, and a number of other Nevada businesses.

2

DATED this 9th day of July, 2025.

Respectfully submitted,

**FOX ROTHSCHILD LLP**

*/s/ Deanna L. Forbush*
Deanna L. Forbush
Nevada Bar No. 6646
1980 Festival Plaza Drive, #700
Las Vegas, Nevada 89135
702-262-6899
702-597-5503 (fax)
dforbush@foxrothschild.com
*Counsel for Defendants-Appellees*
*Western Best, LLC and Western Best, Inc.*

**THE O'MARA LAW FIRM, P.C.**

*/s/ David C. O'Mara*
David C. O'Mara
Nevada Bar No. 8599
311 East Liberty St.
Reno, Nevada 89501
775-323-1321
775-323-4082 (fax)
david@omaralaw.net
*Counsel for Defendant-Appellee*
*Desert Rose Club, LLC*

**STEPHENSON LAW PLLC**

*/s/ John Neil Stephenson*
John Neil Stephenson
Nevada Bar No. 12497
1770 Verdi Vista Court
Reno, Nevada 89523
510-502-2347
johnstephensonlaw@gmail.com
*Counsel for Defendant-Appellee*
*Hacienda Rooming House, Inc.*

3

**GUNDERSON LAW FIRM**

<u>*/s/ Courtney G. Sweet*</u>
Courtney G. Sweet
Nevada Bar No. 10775
3895 Warren Way
Reno, NV 89509
775-829-1222
csweet@gundersonlaw.com
*Counsel for Defendants-Appellees Mustang Ranch and Leonard Lance Gilman, in his individual capacity*